UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:22-cv-07621-AB (JPRx) | Date: | April 12, 2023 |
|---|---|---|---|

Title:   *Emmanuel C. Amuchie DBA Caremax Medical v. JP Morgan Chase Bank, N.A*

| Present: The Honorable | ANDRÉ BIROTTE JR., United States District Judge |
|---|---|

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   **[In Chambers] ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE REMANDED FOR LACK OF SUBJECT MATTER JURISDICTION**

   Defendant removed this action on the basis of federal question jurisdiction, as Plaintiff's Complaint asserted a cause of action under the Fair Credit Reporting Act, 15 U.S.C. § 1681 ("FCRA").  (Dkt. No. 1.)  On November 3, 2023, Defendant filed a Motion to Dismiss Plaintiff's First, Second, Third, Fourth, Fifth, and Seventh Causes of Action.  (Dkt. No. 11.)  The Court granted Defendant's Motion, and granted Plaintiff leave to amend as to his First, Second, Third, and Seventh Causes of Action.  (Dkt. No. 21.)

   On February 22, 2023, Plaintiff filed a First Amended Complaint ("FAC"), asserting the Court has jurisdiction over this action under 28 U.S.C. § 1331, and supplemental jurisdiction as to the related state claims under 28 U.S.C. § 1367. However, Plaintiff's FAC does not assert a claim under the FCRA.  Instead, Plaintiff only alleges causes of action for breach of contract and breach of the covenant of good faith and fair dealing – both of which are state law claims.

      The parties are therefore **ORDERED TO SHOW CAUSE** why this case should not be dismissed for lack of subject matter jurisdiction.   The parties' responses **must be filed by April 19, 2023.**   If the parties do not respond by the deadline, the case will be remanded without further notice.

      **IT IS SO ORDERED**.